IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.                              CASE NO. 5:10-CR-50110-003

JUAN SANCHEZ-SANCHEZ                                                        DEFENDANT

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 258) of Magistrate Judge Erin L. Setser, filed on May 7, 2015. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 258) is **ADOPTED IN ITS ENTIRETY**, and Defendant's Motion (Doc. 242), which is construed to be a successive motion under 28 U.S.C. § 2255, is **DENIED**.

IT IS SO ORDERED this 27th day of May, 2015.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE